THE PEOPLE ex rel. TIMOTHY F. DONOVAN, Appellant, *v.* WILLIAM C. CONNOR, Sheriff, etc., Respondent.

Appeal from an order of the Special Term, quashing a writ of *habeas corpus.*

The return to the writ of *habeas corpus* showed, that the appellant was imprisoned by virtue of process issued by the surrogate of New York, for contempt, in not paying into court, the money adjudged and decreed upon an accounting before said surrogate, to be in his hands after his removal from the positions of administrator of the estate of Dennis J. Donovan, and guardian of Patrick H. Donovan. The recitals of the process showed the proceedings, and the final decree or order made thereon. No appeal was taken from the decree as provided by statute (2 R. S., 609, § 104). The court below held that there could be no review of the adjudication on this writ, and on that ground quashed it. The General Term *held,* that this was correct; that the errors asserted by the relator in his petition and affidavit, were errors affecting the decree and order, and the relator could only avail himself of them, on appeal from the decree; that the recitals of the process were sufficient, to show that the surrogate had jurisdiction of the subject-matter of the proceedings, and of the person of the relator; and *held* that the writ was properly quashed.

*T. F. Donovan,* in person.    *Tremain & Tyler,* for respondent.

Opinion by Davis, P. J.  Brady and Daniels, JJ., concurred.

Order of the Special Term affirmed, with costs against the relator to be adjusted.